BB


# Helen F. Dalton & Associates, P.C.
ATTORNEYS AT LAW

69-12 Austin Street, Forest Hills, NY 11375 • Tel.: 718-263-9591 • Fax: 718-263-9598

**Honorable Judge Thomas P. Griesa**
Southern District of NY
500 Pearl Street,
New York, NY 10007

**MEMO ENDORSED**

December 28, 2011

Re: ENRIQUE DIAZ-PICHARDO, vs FINE FARE, INC, et al
Index # 11-CV-1976 (TPG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/12

Dear Judge Griesa,

Our firm represents all of the Plaintiffs in this action. I am writing to request that Your Honor extend the time for discovery until April of 2012 or in the alternative stay the case. I was informed today that, unfortunately, defense attorney Chris Finger has recently passed away. There is still outstanding discovery on this case, and I want to give Defendants time to obtain counsel.

RECEIVED
JAN 03 2011
CHAMBERS OF
JUDGE GRIESA

Sincerely,

Roman Avshalumov (RA 5508)
Helen F. Dalton & Associates, P.C.
69-12 Austin Street
Forest Hills, NY 11375
Tel: (718) 263-9591 Fax: (718) 263-9598

CC: Via fax
Christopher E. Finger Attorney at Law
778 Castle Hill Avenue
Bronx, New York 10473
T: (718) 824-5800
F: (718) 430-9230

Approved.
Thomas P. Griesa
USDJ 1/6/12